### DABNEY v. STATE.
No. 25918.

Court of Criminal Appeals of Texas.
June 25, 1952.

Rehearing Denied Oct. 15, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court of the offense of driving and operating a motor vehicle upon a public highway while intoxicated, appellant was convicted and assessed a fine of $125.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.